FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 OCT 17 AM 9: 21

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and<br><br>STATE OF UTAH DIVISION OF SECURITIES, through Attorney General Sean D. Reyes<br><br>Plaintiffs,<br>v.<br><br>RUST RARE COIN INC., a Utah corporation, and GAYLEN DEAN RUST, an individual, DENISE GUNDERSON RUST, an individual, and JOSHUA DANIEL RUST, an individual,<br><br>Defendants;<br><br>and<br><br>ALEESHA RUST FRANKLIN, an individual, R LEGACY RACING INC, a Utah corporation, R LEGACY ENTERTAINMENT LLC, a Utah limited liability company, and R LEGACY INVESTMENTS LLC, a Utah limited liability company.<br><br>Relief Defendants. | **ORDER GRANTING RECEIVER'S MOTION FOR REAPPOINTMENT AND EXPEDITED CONSIDERATION**<br><br>8:19MC291<br><br>Civil No. 2:18-cv-00892-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin Pead |

Jonathan O. Hafen, the court-appointed Receiver in this action, has filed a Motion for Reappointment and Expedited Consideration. [Dkt. 251] The Court has reviewed the Motion and the applicable law, and for good cause appearing, **IT IS HEREBY ORDERED** that:

(1)  The Motion is **GRANTED**;

(2)  Effective on the entry of this Order, Jonathan O. Hafen is reappointed as Receiver pursuant to the terms of the court's Order Appointing Receiver and Staying Litigation. [Dkt. 54]

Dated this 9th day of October, 2019.

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge

FedEx Express

ORIGIN ID:NPHA (801) 532-7840
NATALIE MCKEAN
PARR BROWN GEE & LOVELESS
101 SOUTH 200 EAST, SUITE 700

SALT LAKE CITY, UT 84111
UNITED STATES US

SHIP DATE: 15OCT19
ACTWGT: 1.00 LB
CAD: 111860917/INET4160

BILL SENDER

TO ROMAN L. HRUSKA FEDERAL COURTHOUSE
UNITED STATES DISTRICT OF NEBRASKA
111 SOUTH 18TH PLAZA, SUITE 1152

OMAHA NE 68102
(801) 532-7840 X 7245    REF: 176430.1
INV:
PO:    DEPT:




THU - 17 OCT 4:30P
** 2DAY **

TRK# 0201 7767 2673 8164

SX AIAA

68102
NE-US OMA



10/15/2019

Extremely Urgent

RT 0
FZ 0

8164
10.17